UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRED BLAKEFIELD,<br><br>            Plaintiff,<br><br>      v.<br><br>MARRON ROAD VENTURES, LLP, et al.,<br><br>            Defendants. | Case No. 20-cv-08244-SI<br><br>**ORDER STAYING EXECUTION OF SONOMA COUNTY JUDGMENT, GRANTING MOTION TO JOIN LONICH, AND DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. Nos. 11, 19, 23 |

On March 5, 2021, a hearing was held on plaintiff Blakefield's motion for a temporary restraining order or other equitable relief concerning the Sonoma County judgment against him (Lonich v. Blakefield and Schwarz, No. SCV-258490). All parties were represented by counsel. Having considered the papers submitted and arguments made, the Court rules as follows:

(1) With consent of the parties, the Court hereby STAYS enforcement of the Sonoma County judgment pending further orders from this Court;

(2) Plaintiff shall file an amended complaint within 14 days of this order;

(3) Defendant and cross-defendant Marron Road Ventures, LLP's pending motion to dismiss is hereby DENIED as moot;

(4) Defendant and cross-plaintiff United States Department of Justice's motion for joinder of David Lonich is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: March 5, 2021

_____
SUSAN ILLSTON

United States District Judge