UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRED BLAKEFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>MARRON ROAD VENTURES, LLP, et al.,<br><br>    Defendants. | Case No. 20-cv-08244-SI<br><br>**ORDER** |

On March 8, 2024, the Court held a status conference in this case. The Court hereby informs the parties that the Court has determined that it is in the interest of judicial efficiency to address the matter of Lonich's restitution once the Ninth Circuit resolves the pending appeals in the criminal cases. In the interim, the parties may continue with discovery and file any motions that may be appropriate.

**IT IS SO ORDERED**.

Dated: March 8, 2024

                                        SUSAN ILLSTON
                                      United States District Court