UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRED BLAKEFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>MARRON ROAD VENTURES, LLP, *et al.*,<br><br>        Defendants.<br>--------------------------------------------------------<br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Cross-Claimant,<br><br>    v.<br><br>DAVID LONICH and MARRON ROAD VENTURES, LLP,<br><br>        Cross-Defendants. | Case No. 20-cv-08244-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS INTERPLEADER COMPLAINT AND STAYING CROSS-COMPLAINT UNTIL NOVEMBER 15, 2024; DIRECTING STATUS REPORT BY NOVEMBER 8, 2024**<br><br>Re: Dkt. Nos. 80, 81, 90, 91 |

On August 23, 2024, the Court held a hearing on plaintiff David Blakefield's motion to dismiss the interpleader complaint and cross-defendant David Lonich's motion for judgment on the pleadings.

The Court GRANTS Blakefield's unopposed motion to dismiss the interpleader complaint. Blakefield and Marron Road Ventures LLP ("MRV") have reached a settlement, and the government does not oppose dismissal of the interpleader complaint. The government states that the dismissal of the interpleader complaint will not affect its ability to assert fraudulent transfer claims against the cross-defendants.

At the hearing, the government requested that the Court stay the balance of this case –

namely the government's cross-claim – because the parties to the related criminal cases are discussing a potential resolution that would, *inter alia*, moot the government's cross-claim. The Court finds that a stay is in the interest of judicial efficiency and accordingly STAYS this case until November 15, 2024. The parties to the cross-claim shall file a status report no later than November 8. The Court will rule on Lonich's motion for judgment on the pleadings after the stay is lifted.

**IT IS SO ORDERED**.

Dated: September 3, 2024

_____
SUSAN ILLSTON
United States District Judge